O

# United States District Court
# Central District of California

| | |
|---|---|
| DAVID JENKINS and KATHY JENKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A., *et al.*<br><br>    Defendants. | Case № 2:16-cv-05533-ODW (SKx)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS [12]** |

On August 1, 2016, Defendant Wells Fargo Bank, N.A. moved to dismiss Plaintiffs David and Kathy Jenkins' Complaint. (ECF No. 12.)[1] Defendant set the motion for hearing on August 29, 2016, and thus Plaintiffs' opposition was due no later than August 8, 2016. *See* C.D. Cal. L.R. 7-9. To date, Plaintiffs have not filed any opposition. The failure to file a timely opposition may be deemed consent to the granting of a motion. C.D. Cal. L.R. 7-12; *Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995). Thus, the Court **GRANTS** Defendant's Motion with leave to amend. (ECF No. 12.) Plaintiffs shall file an amended complaint within fourteen days of the date of

---

[1] After consider the moving papers, the Court deems the matter appropriate for decision without oral argument. Fed. R. Civ. P. 78(b); C.D. Cal. L.R. 7-15.

1  this Order.  Failure to timely file an amended complaint will result in the dismissal of
2  this action for lack of prosecution.

3

4      **IT IS SO ORDERED.**

5

6      August 15, 2016

7

8      _____
9             **OTIS D. WRIGHT, II
       UNITED STATES DISTRICT JUDGE**