# United States District Court
# Central District of California

| | |
|---|---|
| DAVID JENKINS and KATHY JENKINS,<br><br>           Plaintiffs,<br><br>      v.<br><br>WELLS FARGO BANK, N.A., *et al.*<br><br>           Defendants. | Case No. 2:16-cv-5533-ODW(SKx)<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT AND DENYING DEFENDANT'S MOTION TO DISMISS [18]** |

In light of the Notice of Settlement (ECF No. 20), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than November 28, 2016**, why settlement has not been finalized.  No hearing will be held.  All other dates and deadlines in this action are **VACATED** and taken off calendar.  Defendant's Motion to Dismiss is **DENIED** as moot.  (ECF No. 18.)  The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

September 26, 2016

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**