# United States District Court
# Central District of California

| | |
|---|---|
| DAVID JENKINS, an individual; KATHY JENKINS, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., successor in interest to WACHOVIA MORTGAGE, FSB, successor in interest to WORLD SAVINGS BANK, FSB; BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP, a Texas Limited Liability Partnership; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint averse to Plaintiffs' title thereto; and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | Case No. 2:16-cv-5533-ODW(SKx)<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

1 In light of the Notice of Settlement (ECF No. 20), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, by November 26, 2016, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. Additionally, the Court finds the pending motion to dismiss the first amended complaint (ECF No. 18) **MOOT** given the subsequent filing of the Notice of Settlement. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

September 26, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**